UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RADAMES MATOS, and
DANIEL BATISTA,

                Plaintiffs,

-against-

206 KINGSBRIDGE CLEANERS INC.
dba KINGSBRIDGE CLEANERS;
SOLUTION CLEANERS CORP.;
and JUAN CARLOS DOMINGUEZ,

                Defendants.

Case No.: 20 cv 6308
(LTS)(DCF)

NOTICE OF MOTION TO WITHDRAW AS COUNSEL

---

**PLEASE TAKE NOTICE** that upon the accompanying declaration of Peter H. Cooper, dated September 15, 2021, and prior pleadings and proceedings herein, Cilenti & Cooper, PLLC, counsel for Plaintiffs Radames Matos and Daniel Batista, will move this Court before the Honorable Laura Taylor Swain, U.S.D.J. at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date set by the Court, or as soon thereafter as counsel can be heard, for an Order pursuant to Local Civil Rule 1.4 to withdraw as counsel.

Dated: New York, New York
       September 15, 2021

Respectfully submitted,

CILENTI & COOPER, PLLC
*Attorneys for Plaintiffs*
200 Park Avenue – 17th Floor
New York, New York 10166
T. (212) 209-3933

By: _____
      Peter H. Cooper

TO: Radames Matos
1565 Fulrom Avenue - #2
Bronx, NY 10463

Daniel Batista
1345 Plimpton Avenue
Bronx, NY 10452

Martin E. Restituyo, Esq. (VIA ECF)
Law Offices of Martin E. Restituyo, P.C.
**Attorneys for Defendants**
1325 Avenue of the Americas – 28th Floor
New York, New York 10019
Telephone (212) 729-7900
Facsimile (212) 729-7490
E-mail: restituyo@restituyolaw.com