UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

RADAMES MATOS et al.,

        Plaintiffs,

  -v-                                            No.   20 CV 6308-LTS-DCF

206 KINGSBRIDGE CLEANERS, INC. et al.,

        Defendants.

-------------------------------------------------------x

## Order

        There is currently a final pre-trial conference scheduled in this case for November 12, 2021, at 11:00 a.m.  In light of the withdrawal of Plaintiffs' counsel (docket entry no. 34) and the upcoming November 5, 2021, filing deadline set by Magistrate Judge Freeman for Plaintiffs to either retain new counsel or file their contact information with the Court (see id. at 1-2), the final pre-trial conference is hereby rescheduled for March 4, 2022 at 10:30 a.m.

        Defendants are directed to serve Plaintiffs with a copy of this Order at each Plaintiff's last known address, and to file proof of such service.

        SO ORDERED.

Dated: New York, New York
          November 3, 2021

                                                                      /s/ Laura Taylor Swain
                                                                LAURA TAYLOR SWAIN
                                                                Chief United States District Judge