**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RADAMES MATOS and DANIEL BATISTA,

                Plaintiffs,

-against-                           20 **CIVIL** 6308 (LTS)(DCF)

## **JUDGMENT**

206 KINGSBRIDGE CLEANERS, INC., et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated November 23, 2021, Plaintiffs' claims are hereby dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

      November 24, 2021

                                              **RUBY J. KRAJICK**

                                              _____
                                                **Clerk of Court**

                      **BY:**            K. Mango

                                                **Deputy Clerk**